UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re    Kevin Taylor, | ) | |
| | ) | Case No. 21-40405-659 |
| Debtor/Movant | ) | Chapter 13 |
| | ) | |
| vs. | ) | |
| | ) | Re. Doc 28 |
| | ) | |
| SN Servicing Corporation, | ) | |
| | ) | |
| Creditor/Respondent. | ) | |

**AGREED ORDER RESOLVING OBJECTION TO CLAIM 2**

THIS MATTER coming to be heard on Objection to Claim No. 2 filed by Debtor (doc 28) and Response to Objection to Claim No. 2 filed by SN Servicing Corporation (Doc 30) (hereinafter "Creditor"), the Court being advised that the parties have reached an agreement, the terms and conditions of which are as follows, it is accordingly

**ORDERED** that the Objection to Claim No. 2 is **SETTLED** pursuant to the following terms:

1.) That, on the day Debtor's bankruptcy was filed, February 3, 2021, the pre-petition arrearage Debtor owed on his home mortgage was in the amount of $148,087.32;
2.) Since Debtor's bankruptcy case was filed, Debtor's home mortgage loan with Creditor has entered into a home loan modification trial period;
3.) The home mortgage loan trial modification period goes through December, 2021;
4.) The Trustee's office is to hold, but not disperse, any pre-petition arrears payments to the Creditor until February 2022 or further order of this Court.
5.) Upon approval of a final modification, Creditor will file an amended claim removing all mortgage arrearage.
6.) If the modification trial is not approved, parties will file a consent order allowing mortgage arrearage to be paid immediately.

*/s/ Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED:  July 29, 2021
St. Louis, Missouri 63102
jim

Ordered Prepared and Submitted by:

| | |
|---|---|
|   /s/ Andrew Kirkwood Smith   |   /s/ David Noyce           |
| Andrew Kirkwood Smith, #61641 | David Noyce #56116MO |
| A.K. Smith Law LLC | Marinosci Law Group PC |
| Attorney for Debtor | Attorney for Creditor |
| 26A North Central Avenue | 1512 Main Street, Suite 130 |
| Clayton, MO 63105 | Grandview, MO 64030 |
| Telephone: 314-740-2989 | Telephone: 816-287-0800 ext 4701 |
| Facsimile: 314-781-2695 | Facsimile: 913-257-5223 |
| aksmithlaw@gmail.com | dnoyce@mlg-defaultlaw.com |

Copies Mailed to:

Bungalow Series IV Trust
C/O SN Servicing Corporation
PO Box 660820
Dallas, TX 75266

SN Servicing Corporation
Attn: President Robin Arkley
323 55th Street
Eureka, CA 95501

David Noyce
1512 Main Street, Suite 130
Grandview, MO 64030

Kevin Taylor
4043 Sun Tide Court
Arnold, MO 63010

Andrew Smith
26A North Central Avenue
Clayton, MO 63105